RICHARD S. LEHRICH, ESQ.
190 North Avenue East
P.O. Box 8
Cranford, New Jersey 07016
(908) 272-3555
Attorney for Defendant
RL4400

RECEIVED-CLERK
U.S. DISTRICT COURT

2009 MAY 15  A 9:56

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 07-477(WHW) |
| Plaintiff | |
| vs. | |
| ROMANUS OKORIE | ORDER |
| Defendant | |

This matter having been opened to the Court by Richard S. Lehrich, Esq., attorney for the defendant in the above captioned matter, in the presence of Assistant United States Attorney Erez Liebermann, the Court having considered the papers filed, the evidence presented and the arguments of counsel, and for good cause appearing;

It is on this 15 day of May, 2008, ORDERED that Richard S. Lehrich, Esq., is hereby relieved as counsel for defendant.

WILLIAM H. WALLS, U.S.D.J.